# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **MICHELINE HENRY** individually, and as mother and next of [sic] friend, of **ANNIESHA MONDESIR**, | |
| Plaintiffs, | 2004-CV-0096 |
| v. | |
| **KMART CORPORATION**, | |
| Defendant. | |

TO:   Lee J. Rohn, Esq.
      Wilfredo A. Geigel, Esq.

## ORDER REGARDING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

THIS MATTER came before the Court upon Plaintiff's Motion to Enforce Settlement as to Travel Expenses (Docket No. 101). Defendant filed an opposition to said motion, and Plaintiff filed a reply thereto.

Plaintiff claims that "Defendant continues to refuse to pay the agreed $874.58 to Plaintiff Henry." Motion at 1-2. Defendant counters that the amount was paid. In her reply, Plaintiff acknowledges receipt of the check and, in fact, provided a copy of the check as an attachment. Because the amounts due have been paid, the Court finds the issue moot.

*Henry v. Kmart Corp.*
2004-CV-0096
Order Regarding Plaintiff's Motion to Enforce Settlement
Page 2

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Enforce Settlement as to Travel Expenses (Docket No. 101) is **DENIED AS MOOT**.

ENTER:

Dated: January 6, 2009 /s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE